**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                          CASE NO. 3:08cr123 LAC

SUSHMA CHINTAKUNTLA and
RAGHU YARRAM

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    August 25, 2009
Motion/Pleadings:   MOTION TO UNSEAL INDICTMENT
Filed by GOVERNMENT     on 8/24/09     Doc.# 11

RESPONSES:

                                         on             Doc.#
                                         on             Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  *s/Mary Maloy*
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                *s/L.A. Collier*
                                              *LACEY A. COLLIER*
                                       *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.